FILED

MAY - 7 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALONZO N. JUSTICE, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 12-0557
 )
WILLIAM K. SUTER, *et al.*, )
 )
      Defendants. )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). Although the plaintiff has submitted an additional document titled "Objection to the Court's Order of 4-11-2012 Pursuant to Fed. Rule of Civil P. 60(b)(4)(d)(1)," to date he has not submitted the required financial information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

                                        /s/ Colleen Kollar-Kotelly
                                       United States District Judge

DATE: April 30, 2012